# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00444-CV

**Thomas P. Jones, Appellant**

**v.**

**Paleface Ranch Association, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN000310, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Thomas P. Jones informs us by motion that he no longer wishes to pursue the appeal and requests that we dismiss this appeal. He represents that appellee does not oppose his motion. We grant the motion and dismiss this appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed: May 30, 2003